UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>       Plaintiff,<br><br>    -against-<br><br>BARTON PERREIRA RETAIL VI, LLC and ROBINSON CALLEN, Trustee,<br><br>       Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/10/2025<br><br>1:24-cv-9085-MKV<br><br>ORDER OF DISMISSAL |

**MARY KAY VYSKOCIL**, United States District Judge:

  The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by March 10, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: February 10, 2025
   New York, NY

                  _____
                  **MARY KAY VYSKOCIL**
                  **United States District Judge**